**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

August 31, 2023

**BY ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Christopher Aniades v. New York Post, et al.
            21 CV 05975 (CM)

Your Honor:

    I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendant City of New York ("City") in the above-referenced matter. Defendant City writes, with plaintiff's consent, to respectfully request that the Court endorse the attached Stipulation of Voluntary Dismissal, which has been executed by both plaintiff and defendant City.

    Upon information and belief, upon the Court's endorsement of the attached Stipulation of Voluntary Dismissal, there will be no remaining claims in this action. Accordingly, defendant City further respectfully requests, with plaintiff's consent, that the Court adjourn all deadlines and conferences *sine die*, including the September 14, 2023 conference.

    Defendant City thanks the Court for its consideration therein.

                            Respectfully submitted,

                            */s/ Gregory J.O. Accarino*
                            Gregory J.O. Accarino
                            *Senior Counsel*
                            Special Federal Litigation Division

Encl.

cc:    **By ECF**
        David Engelhardt, Esq.

---

*Handwritten endorsement:* Clerk to enter order attached nda and close case. /s/ Colleen McMahon 9/5/2023

*Stamp:* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/5/2023

*Stamp:* SO ENDORSED